No. 04-00-00583-CR


Richard Allen POINT,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 1997-CR-6083-W


Honorable Philip A. Kazen, Jr., Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: October 25, 2000


APPEAL DISMISSED


 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).


 PER CURIAM

DO NOT PUBLISH